UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**WILLIAM SANCHEZ,**

    **Plaintiff,**

v.                                                            CASE NO.: 8:18-cv-00868-JSM-CPT

**ACCESS HEALTH CARE**
**PHYSICIANS, LLC**

    **Defendant.**

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, WILLIAM SANCHEZ, and Defendant, ACCESS HEALTH CARE PHYSICIANS, LLC, by and through their respective undersigned counsel, hereby stipulate to the dismissal of this matter with prejudice in accordance with Federal Rule of Civil Procedure 41(a), with each party to bear its own attorneys' fees and costs.

Dated this 18th day of December, 2018.

| | |
|---|---|
| Jackson Lewis P.C. | WENZEL FENTON CABASSA, P.A. |
| 100 South Ashley Drive | 1110 North Florida Avenue |
| Suite 2200 | Suite 300 |
| Tampa, FL 33602 | Tampa, Florida 33602 |
| Telephone: (813) 512-3225 | Telephone: 813-224-0431 |
| Facsimile: (813) 513-3211 | Facsimile: 813-229-8712 |
| | |
| BY: _/s/Laura A Prather_ | BY: _/s/ Luis A. Cabassa_ |
|     Laura E. Prather, Esq |     Luis A. Cabassa |
|     Florida Bar Number: 870854 |     Florida Bar Number: 0053643 |
|     E-mail: laura.prather@jacksonlewis.com |     E-mail: lcabassa@wfclaw.com |
|     Counsel for Defendant |     Counsel for Plaintiff |